UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| James Andre Woodard,<br><br>Petitioner,<br><br>v.<br><br>Vicki Genson, Warden,<br><br>Respondent. | File No. 21-cv-483 (ECT/TNL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION** |

Magistrate Judge Tony N. Leung issued a Report and Recommendation on April 9, 2021. ECF No. 5. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 5] is **ACCEPTED**;

2. This matter is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4 of the Rules Governing Section 2254 Proceedings in the United States District Courts; and

3. No certificate of appealability shall be issued.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 3, 2021

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court